In the Matter of the Application of HARRIET M. ELLIS for Payment of Award

Made for Parcels No. 192 and No. 195 on the Damage Map and in the Final Decree of the Supreme Court in the Proceeding to Acquire Title for an Addition to Dyker Beach Park, etc., in the Borough of Brooklyn, City of New York.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the May term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs.  Present — Lazansky, P. J., Young, Kapper, Scudder and Davis, JJ.

In the Matter of EDWARD LEVY, Appellant.— Motion to dismiss appeal granted by default and appeal dismissed.  Present — Lazansky, P. J., Young, Kapper, Scudder and Davis, JJ.